UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Richard Clinton Maenpaa            Chapter 13
                                   Case Number 22-40779-EDK
    Debtor                  Honorable Elizabeth D. Katz

_____/

### NOTICE OF APPEARANCE

Please take notice that Orlans PC has been retained as Attorney for Creditor, Santander Bank, N.A., formerly know as Sovereign Bank N.A., formerly know as Sovereign Bank, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: December 5, 2022

    Respectfully Submitted,

*/s/ Shawn M. Masterson*
Jason J. Giguere, Esq. 667662
Shawn Masterson, Esq. 658276
Orlans PC
Attorneys for Santander Bank, N.A., formerly know as Sovereign Bank N.A., formerly know as Sovereign Bank
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 22-012930