UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Richard Clinton Maenpaa           Chapter 13
                                               Case Number 22-40779-EDK
         Debtor                  Honorable Elizabeth D. Katz

_____/

## **CERTIFICATE OF SERVICE**

I, Shawn M. Masterson, Attorney of Orlans PC, do hereby certify that on December 5, 2022, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: December 5, 2022

                                                                    Respectfully Submitted,

*/s/ Shawn M. Masterson*
Jason J. Giguere, Esq. 667662
Shawn Masterson, Esq. 658276
Orlans PC
Attorneys for Santander Bank, N.A., formerly know as Sovereign Bank N.A., formerly know as Sovereign Bank
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 22-012930

VIA US MAIL

Richard Clinton Maenpaa
32 Rodley St.
Worcester, MA 01608

VIA ECF

Richard King Esq., Assistant U.S. Trustee

Denise M Pappalardo Esq., Chapter 13 Trustee