# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 13 |
| | Case Number 22-40779-EDK |
| Richard Clinton Maenpaa | Honorable Elizabeth D. Katz |
| Debtor | |
| _____/ | |

### ORDER RE: MOTION OF SANTANDER BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

Santander Bank, N.A., by and through its attorneys, Orlans, PC having filed for Relief From Stay regarding real property known and numbered as 32 Rodney Street, Worcester, Massachusetts, notice having been given and good cause appearing therefore, it is ORDERED that the Motion of Santander Bank, N.A. for Relief from Stay is allowed and Santander Bank, N.A. is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it and its successors and assigns may proceed to exercise its rights pursuant to the deed recorded with the Worcester County (Worcester District) Registry of Deeds at Book 53995, Page 46, in accordance with applicable state and federal law and to continue and or commence a summary process action against the Debtor or occupants of the property.

At_____this_____day of _____2023

                                                                                           _____
                                                                                          Honorable Elizabeth D. Katz
                                                                                          U.S. Bankruptcy Judge