**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: | Chapter 13 |
| | Case Number 22-40779-EDK |
| Richard Clinton Maenpaa | Honorable Elizabeth D. Katz |
| Debtor | |

_____/

**CERTIFICATION REGARDING PRE-FILING CONFERENCE**
**PER MLBR 13-16-1(A)**

I, Shawn Masterson, hereby certifies that:

1. I am the attorney for Santander Bank, N.A, title owner of 32 Rodney Street, Worcester, Massachusetts, which the Debtor occupies.

2. No pre-filing conference was held.

    a. On January 11, 2023, a date at least seven (7) days prior to the filing of the instant Motion for Relief, I caused to be sent a Request for Pre-Filing Conference to the Debtor as follows:

        i. in writing, via e-mail to Debtor's Counsel of record at: ritchiepage2001@gmail.com;

        ii. in writing, by letter sent on January 12, 2023, via First Class Mail, postage prepaid, to the address of record of Debtor

        Richard Maenpaa
        32 Rodney Street
        Worcester, MA 01605;

    b. On January 17, 2023, a response to the January 11, 2023, email was sent from Attorney David Kiah to me, in which he requested assistance in working with the Debtor to obtain housing through one or more housing agencies.

    c. On January 18, 2023, a telephone conference was held among the Debtor, Attorny Kiah and me to discuss the process and potential of the Debtor obtaining alternate housing, but no resolution was had and the motion is necessary.

      d. Attorney David Kiah is not representing the Debtor in this bankruptcy matter.

Date: January 18, 2023

                                              Respectfully Submitted,

                                              */s/ Shawn M. Masterson*

                                              Jason J. Giguere, Esq. 667662
                                              Shawn Masterson, Esq. 658276
                                              Orlans PC
                                              Attorneys for Santander Bank
                                              PO Box 540540
                                              Waltham, MA 02454
                                              (781) 790-7800
                                              Email: bankruptcyNE@orlans.com
                                              File Number: 22-012930

<u>VIA US MAIL</u>

Richard Clinton Maenpaa
32 Rodney Street
Worcester, MA 01605

<u>VIA ECF</u>

Richard King Esq., Assistant U.S. Trustee

David A. Mawhinney, Esq., Chapter 13 Trustee