

Bk: 53995 Pg: 46
Page: 1 of 3 07/13/2015 10:33 AM WD

# FORECLOSURE DEED

Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank, with an address of 824 North Market Street, Suite 100, Wilmington, Delaware 19801, the present holder of a mortgage from Eric Doku and Ruth Adjartey to Sovereign Bank dated May 1, 2006 recorded with the Worcester County (Worcester District) Registry of Deeds Registry of Deeds at Book 38877, Page 127, by the power conferred by said mortgage and by every other power, for SIXTY THOUSAND EIGHT HUNDRED NINETY-FIVE DOLLARS AND 92/100 ($60,895.92) paid, grants to Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank, with an address of 824 North Market Street, Suite 100, Wilmington, Delaware 19801, the premises conveyed by said mortgage.

Executed as a sealed instrument this _____ \0^th _____ day of ___ July ___, 20 15.

See Power of Attorney recorded herewith

MASSACHUSETTS EXCISE TAX
Worcester District ROD #20 001
Date: 07/13/2015 10:33 AM
Ctrl# 143554 26622 Doc# 00068247
Fee: $278.16 Cons: $60,895.92

Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank
By Orlans Moran PLLC, Its Attorney-in-Fact

For signatory authority, see Delegation of Authority and Appointment recorded with the Suffolk County Registry of Deeds at Book 54127 Page 278

By: _____
Jamie Welch, Esq., Employee, Authorized Signatory, Real Property of Orlans Moran PLLC

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

On this ___ \0^th ___ day of ___ July ___, 20 15, before me, the undersigned Notary Public, personally appeared, Jamie Welch, Esq., Employee, Authorized Signatory, Real Property, of Orlans Moran PLLC, as Attorney-in-fact for Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank, who is either personally known to me, or proved to me through satisfactory evidence of identification, to be the person who signed the preceding or attached document, and acknowledged to me that he/she executed the same for its stated purpose as the free act and deed of Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank.

_____, Notary Public
My Commission Expires:

RE: 32 Rodney Street, Worcester, MA 01608

Return to:
Orlans Moran PLLC
P.O. Box 5041
Troy, MI 48007
File Number: 484/14-014778/FORD_DR

## Affidavit of Sale

I, Jamie Welch, Esq., Employee, Authorized Signatory, Real Property of Orlans Moran PLLC, as attorney in fact for Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank, ("Lender") named in the foregoing deed, make oath and say that the principal, interest and other obligations mentioned in mortgage from above referred to were not paid or tendered or performed when due or prior to the sale, and that this office caused to be published on the 2nd day of June, 2015, on the 9th day of June, 2015 and on the 16th day of June, 2015, in the Worcester (Telegram and Gazette), a newspaper with general circulation in Worcester, a copy of which is attached hereto as Exhibit A.

This office has complied with Chapter 244, Section 14 of Massachusetts General Laws, as amended, by mailing the required notices by certified mail, return receipt requested.

Pursuant to said notice at the time and place therein appointed, the Lender sold the mortgaged premises at public auction by Gina Moy, a licensed auctioneer, of Towne Auction Company LLC, to the highest bidder Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank, with an address of 824 North Market Street, Suite 100, Wilmington, Delaware 19801, for the sum of SIXTY THOUSAND EIGHT HUNDRED NINETY-FIVE DOLLARS AND 92/100 ($60,895.92) paid, being the highest bid made therefor at said auction.

RE: 32 Rodney Street, Worcester, MA 01608

See Power of Attorney recorded herewith

For signatory authority, see Delegation of Authority and Appointment recorded with the Suffolk County Registry of Deeds at Book 54127 Page 278

Jamie Welch, Esq., Employee, Authorized Signatory, Real Property of Orlans Moran PLLC

### COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

On this ____10th____ day of ___July___, 20 15, before me, the undersigned Notary Public, personally appeared, Jamie Welch, Esq., Employee, Authorized Signatory, Real Property of Orlans Moran PLLC, proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of this document are truthful and accurate to the best of his/her knowledge and belief.

_____, Notary Public

My Commission Expires:



Return to:
Orlans Moran PLLC
P.O. Box 5041
Troy, MI 48007
File Number: 14-014778/484/FORD_DR

EXHIBIT "A"

ATTACHED TO AND FORMING A PART OF THE FORECLOSURE DEED
FOR PROPERTY AT 32 RODNEY STREET, WORCESTER, MA 01608

## LEGAL NOTICES

**MORTGAGEE'S NOTICE OF SALE OF REAL ESTATE**

By virtue and in execution of the Power of Sale contained in a certain Mortgage given by Eric Doku and Ruth Adjartey to Sovereign Bank, dated May 1, 2006 and recorded with the Worcester County (Worcester District) Registry of Deeds at Book 38877, Page 127 ; of which Mortgage the undersigned is the present holder for breach of the conditions of said Mortgage and for the purpose of foreclosing same will be sold at Public Auction at 2:00 PM on June 23, 2015 at 32 Rodney Street, Worcester, MA, all and singular the premises described in said Mortgage, to wit:

The land with the buildings and improvements thereon located as 32 Rodney Street, Worcester, Massachusetts and as shown as Lot 3 on a plan of land entitled "Plan of Land in Worcester, MA" prepared by B & R Survey, dated January 31, 2006 and recorded with the Worcester District Registry of Deeds in Plan Book 839, Plan 86 (the "Plan"). Containing 3,638± s.f. according to the Plan. Subject to a "Common Driveway & Utility Easement" for the benefit of Lots 1, 2 and 3 on the Plan. Subject to a party Wall Agreement recorded herewith in Book 38877, Page 107. Subject to an easement for the benefit of Owners of Lots 1 and 2 on the Plan for access to all utilities for the purpose of maintenance, repair and replacement. Together with easements through Lots 2 and 3 on the Plan for maintenance, repair and replacement of all utilities. Subject to and with the benefit of Worcester Planning Board Notice of Decision recorded with Worcester Registry of Deeds in Book 36102, Page 357. Subject to easement to Verizon New England Inc. and Massachusetts Electric Company recorded with Worcester Registry of Deeds in Book 38027, Page 12. For title, see deed from Homeland Group, LLC to us, recorded with Worcester Registry of Deeds herewith in book 38877 page 109.

Upon information and belief the above property is subject to a senior mortgage recorded at Book 38877 Page 111.

The premises are to be sold subject to and with the benefit of all easements, restrictions, building and zoning laws, liens, attorney's fees and costs pursuant to M.G.L.Ch.183A, unpaid taxes, tax titles, water bills, municipal liens and assessments, rights of tenants and parties in possession.

**TERMS OF SALE:**
A deposit of FIVE THOUSAND DOLLARS AND 00 CENTS ($5,000.00) in the form of a certified check or bank treasurer's check will be required to be delivered at or before the time the bid is offered. The successful bidder will be required to execute a Foreclosure Sale Agreement immediately after the close of the bidding. The balance of the purchase price shall be paid within thirty (30) days from the sale date in the form of a certified check, bank treasurer's check or other check satisfactory to Mortgagee's attorney. The Mortgagee reserves the right to bid at the sale, to reject any and all bids, to continue the sale and to amend the terms of the sale by written or oral announcement made before or during the foreclosure sale. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney. The description of the premises contained in said mortgage shall control in the event of an error in this publication. **TIME WILL BE OF THE ESSENCE.**

Other terms if any, to be announced at the sale.

Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank

Present Holder of said Mortgage,
By its Attorneys,
ORLANS MORAN PLLC
PO Box 540540
Waltham, MA 02454
Phone: (781) 790-7800
14-014778
June 2, 9, 16, 2015

RE: 32 Rodney Street, Worcester, MA 01608

Return to:
Orlans Moran PLLC
P.O. Box 5041
Troy, MI 48007
File Number: 14-014778/484/FORD_DR


POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank having a place of business at 824 North Market Street, Suite 100, Wilmington, Delaware 19801does hereby constitute and appoint Orlans Moran PLLC, PO Box 540540, Waltham, MA 02454 and each of its officers, directors, employees, agents and/or assigns, its true and lawful attorney-in-fact for it and in its name, place and stead, (the "Law Firm") (1) to take any and all steps which are customary and reasonably necessary to the commencement and completion of judicial and nonjudicial foreclosure proceedings, including making peaceable and unopposed entry on the premises described in the mortgage, for the purposes of foreclosing the mortgage, bidding on its behalf at the foreclosure sale and executing a Memorandum of Sale in connection therewith; (2) to make, execute, acknowledge and deliver all contracts, orders, assignments of bid, foreclosure deed(s) and affidavit(s), proofs of claim and court pleadings; (3) to convey the property described in such mortgage, including executing, acknowledging and delivering the deed and any other instrument or document customary and reasonably necessary to accomplish such conveyance and (4) to make, execute, acknowledge and deliver any other certificates, writings, assurances and other instruments, including receiving and endorsing any checks on its behalf which may be required in connection with any of the foregoing.

The rights, powers and authority of said attorney-in-fact herein granted shall commence and be in full force and effect as the date hereof until the filing at the Registry District of the Land Court or the recording with the Registry of Deeds in which the Power of Attorney is filed or recorded as applicable of a revocation of authority under this Power of Attorney relative to the Law Firm, while hereby ratifying and confirming any and all of the enumerated actions herein, taken by the Law Firm prior to the date hereof. Any party dealing in good faith with the Law Firm shall be entitled to rely upon a photostatic copy of this instrument and upon the statement or certificate of the Law Firm that this Power of Attorney is still in force and effect, has not been revoked and that the party acting hereunder as an officer, director, employee, agent or assignee of the Law Firm has been duly authorized by the undersigned and by the Law Firm. No party dealing with the Law Firm shall be required to look to the application of anything paid or transferred to it nor shall any person dealing with the Law Firm be required to determine the existence of any facts justifying the exercise by the Law Firm of the authority granted pursuant hereto.

Mortgage given by Eric Doku and Ruth Adjartey to Sovereign Bank, dated May 1, 2006, Recorded with the Worcester County (Worcester District) Registry of Deeds at Book 38877, Page 127 for property located at: 32 Rodney Street, Worcester, MA 01608.

IN WITNESS WHEREOF, the said Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank aforesaid has caused its corporate seal to be hereto affixed and these presents to be signed and acknowledged in its name and behalf by Adrienne Pizzuto thereunto duly authorized, this 6th day of October, 2014.

Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank

By: _____
Name: Adrienne Pizzuto
Title: Banking Officer

October 6th, 2014

**The State Of** Pennsylvania
**County Of** Berks

On this 6th day of October, 2014, before me, the undersigned Notary Public, personally appeared Adrienne Pizzuto for Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank, who is either personally known to me, or proved to me through satisfactory evidence of identification, to be the person who signed the preceding or attached document, and acknowledged to me that he/she Executed the same for its stated purpose as the free act and deed of Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank.

Official Signature and Seal of Notary
My Commission Expires: 08/08/17

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Danielle Ninfo, Notary Public
City of Reading, Berks County
My Commission Expires Aug. 8, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Danielle Ninfo, Notary Public
City of Reading, Berks County
Commission Expires Aug. 8, 2017
PENNSYLVANIA ASSOCIATION OF NOTARIES

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Danielle Ninfo, Notary Public
City of Reading, Berks County
My Commission Expires Aug. 8, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Mortgagor: Eric Doku and Ruth Adjartey

Property Address: 32 Rodney Street, Worcester, MA 01608
File Number: 14-014778

Return to:
Orlans Moran PLLC
PO Box 540540
Waltham, MA 02454



2015 00068244
Bk: 53995 Pg: 42
Page: 1 of 2  07/13/2015 10:33 AM  WD

LAND CC
FILED

2014 DEC 15  A. 9: 48

Date *May 15, 2015*
LET JUDGMENT ISSUE:

_Judith C. Cutler_

Judith C. Cutler, Chief Justice

## COMMONWEALTH OF MASSACHUSETTS

### LAND COURT

### DEPARTMENT OF THE TRIAL COURT

14 MISC 488825



Suffolk, ss.

**Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank,**

Plaintiff

v.

**Ruth Adjartey**

Defendant

**COMPLAINT TO DETERMINE MILITARY STATUS**

1. Your Plaintiff has an interest in a mortgage with the statutory power of sale given by **Eric Doku and Ruth Adjartey to Sovereign Bank, dated May 1, 2006,** and recorded with the **Worcester County (Worcester District) Registry of Deeds** in Book **38877,** Page **127,** covering **32 Rodney Street, Worcester,** and more particularly described in said mortgage.

2. No Defendant(s) is/are in the military service within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. App. § 501 *(et seq)*

3. The Plaintiff alleges on information and belief that the Defendant(s) is/are the only person(s) holding the equity of redemption of the property covered by the mortgage described in Paragraph 1 of this Complaint so far as appears of record in the said Registry of Deeds and as known to your plaintiff.

4. The holder of the mortgage seeks to proceed with the foreclosure of said mortgage described in Paragraph 1 to protect its interest as secured thereby for breach of the conditions thereof and desires to comply with the provisions of the Servicemembers Civil Relief Act

Wherefore your plaintiff prays:

1. For an order of notice ordering the Defendant(s) to appear and answer this complaint if Defendant(s) is/are now, or recently have been, in the active military service and claim the benefits of the Servicemembers Civil Relief Act.

2. For a judgment declaring that the Defendant(s) is/are not entitled to the benefits of the Servicemembers Civil Relief Act.

_Jody DiGiacomandrea_

ATTORNEY FOR THE PLAINTIFF
BBO. # 675372
Date: 12-12-14

Jody DiGiacomandrea Esq. - BBO# 675372
Orlans Moran, PLLC
P.O. Box 540540
Waltham, MA 02454
Phone (781) 790-7800

From the Office of :

Orlans Moran PLLC

PO Box 540540

Waltham, MA 02454

| | |
|---|---|
| Telephone No. (with extension): | (781) 790-7800 |
| Office File no. (If Available): | **14-014778** |

## LAND COURT USE ONLY

Under the provisions of the Servicemembers Civil Relief Act, this cause came on to be heard and thereupon, upon consideration thereof, it appearing to the Court that the Defendant(s) is/are not entitled to the benefits of said Act, it is hereby

**ORDERED** and **ADJUDGED** that the Defendant(s) ) is/are not entitled to the benefits of the Servicemembers Civil Relief Act, as of _February 2, 2015_, the date of the allowance of Plaintiff's motion for judgment.

By the Court.().

Attest:

(SEAL)

TRUE COPY
ATTEST
Deborah J. Patterson
ORDER

Deborah J. Patterson,
Recorder



Bk: 53995 Pg: 44
Page: 1 of 1 07/13/2015 10:33 AM WD

**CERTIFICATE OF ENTRY**

RE: 32 Rodney Street, Worcester, MA 01608

We hereby certify that on the 23rd day of June, Two Thousand Fifteen,

we were present and saw *BELA KASAS*

an agent of Orlans Moran PLLC

duly authorized by

Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank
the present holder of certain mortgage given by

Eric Doku and Ruth Adjartey

to Sovereign Bank

dated May 1, 2006, recorded with the Worcester County (Worcester District) Registry of Deeds at Book 38877, Page 127 make an open, peaceable and unopposed entry on the premises, described in said mortgage for the purpose, then declared, of foreclosing said mortgage for breach of conditions thereof.

_____       _____
Signed                                                    Signed

Joseph D. German                              William Lepley
Printed                                                   Printed

Commonwealth of Massachusetts

Worcester, ss                                            June 23, 2015

On this 23RD day of JUNE, 2015, before me, the undersigned Notary Public, personally appeared JOSEPH D. GERMAN and WILLIAM LEPLEY, proved to me through the satisfactory evidence of identification, which was LICENSE to be the person(s) whose name(s) is on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of their knowledge and belief.

_____
Official Signature and Seal of Notary

**GINA MOY**
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
January 27, 2017

14-014778/484/AUCP

ATTEST: WORC. Anthony J. Vigliotti, Register



Bk: 53995 Pg: 45
Page: 1 of 1  07/13/2015 10:33 AM  WD

## CERTIFICATE OF APPOINTMENT

Orlans Moran PLLC, acting under a Power of Attorney for Santander Bank, N.A.,
formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank, hereby
constitutes and appoints Bela Kasas, as its agent for it and in its name, place and stead to
make entry upon the premises located at 32 Rodney Street, Worcester, MA 01608,
covered by a mortgage from Eric Doku and Ruth Adjartey to Sovereign Bank dated May
1, 2006 and recorded with the Worcester County (Worcester District) Registry of Deeds
Registry of Deeds at Book 38877, Page 127, for the purposes of foreclosing said
mortgage for breach of the conditions thereof. Further, Orlans Moran PLLC, hereby
ratifies and confirms any and all of the actions taken by the appointee prior to the date
hereof.

Executed as a sealed instrument as of this ____10th____ day of ____July____,
20 15.

See Power of Attorney recorded herewith          Orlans Moran PLLC

For signatory authority, see Delegation of         By: _____
Authority and Appointment recorded with the        Jamie Welch, Esq., Employee, Authorized
Suffolk County Registry of Deeds at Book           Signatory, Real Property
54127 Page 278

### COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

On this ____10th____ day of ____July____, 20 15, before me, the undersigned
Notary Public, personally appeared Jamie Welch, Esq., Employee Authorized Signatory,
Real Property of Orlans Moran PLLC, and proved to me through satisfactory evidence
of identification, which was personal knowledge, to be the person whose name is signed
on the preceding or attached document, and acknowledged to me that he/she executed
the same for its stated purpose as the free act and deed of Orlans Moran PLLC.

_____, Notary Public
My Commission Expires:



Return to:
Orlans Moran PLLC
P.O. Box 5041
Troy, MI 48007
File Number: 484/14-014778/FORD_DR

RE: 32 Rodney Street, Worcester, MA 01608



**POST-FORECLOSURE AFFIDAVIT REGARDING NOTE**
**"Eaton" Affidavit**

**Property Address:** 32 Rodney Street, Worcester, Massachusetts 01608

**Mortgage:** Mortgage from Eric Doku and Ruth Adjartey to Sovereign Bank, dated May 1, 2006 and recorded with the Worcester County (Worcester District) Registry of Deeds at Book 38877, Page 127..

**Foreclosing Mortgagee:** Santander Bank, N.A., formerly known as Sovereign Bank N.A., formerly known as Sovereign Bank

**Foreclosure Sale Date:** June 23, 2015

The undersigned, Danielle Ninfo, having personal knowledge of the facts herein stated, under oath deposes and says as follows:

1. I am:
   **[Check One]**
   [ x ] An officer or employee of Foreclosing Mortgagee, where I hold the office of Banking Officer.
   [ ] An officer or employee of a duly authorized agent of Foreclosing Mortgagee, under a Power of Attorney which is still in full force and effect as of the date hereof.

2. In the regular performance of my job functions, I am familiar with business records maintained by Santander Bank, N.A. for the purpose of servicing mortgage loans. I have acquired personal knowledge of the information contained in this affidavit as a result of my review of Santander Bank, N.A.'s business records. These records (which include data compilations, electronically imaged documents, servicing and loan payment histories and others) are accurate and reliable because they are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are kept in the course of business activity conducted regularly by Santander Bank, N.A. To the extent records related to the loan come from another entity, those records were received by Santander Bank, N.A. in the ordinary course of its business, have been incorporated into and maintained as part of Santander Bank, N.A.'s business records, and have been relied on by Santander Bank, N.A.. It is the regular practice of Santander Bank, N.A.'s mortgage servicing business to make and maintain these records.

3. Based upon my review of the business records of Santander Bank, N.A., I certify that as of the dates when Notices of Sale relating to the mortgage at issue were mailed and published pursuant to M.G.L. Chapter 244, Section 14 up to and including the Foreclosure Sale Date, the Foreclosing Mortgagee was:
   **[Check One]**
   [ x ] The holder of the promissory note secured by the above mortgage.
   [ ] Authorized by the owner of the promissory note secured by the above mortgage to conduct the foreclosure sale.

Signed under the pains and penalties of perjury this 30th day of June, 2015

Affiant Signature: _____

Print Name:  Danielle Ninfo_____

Title: Banking Officer_____
Santander Bank, N.A., formerly known as
Sovereign Bank N.A., formerly known as
Sovereign Bank

STATE OF PENNSYLVANIA

BERKS COUNTY, ss

On this 30th day of June, 2015, before me, the undersigned notary public, personally appeared Danielle Ninfo of Santander Bank, N.A., proved to me through satisfactory evidence of identification, which were Pennsylvania Driver's License, to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of (his) (her) knowledge and belief.

[SEAL]

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JENNIFER LYNN GODEK-ROMANO
Notary Public
READING CITY, BERKS COUNTY
My Commission Expires Jul 22, 2017

Name: _____
Notary Public
My Commission Expires:  July 22, 2017

14-014778/484/EATA_DR

*Property Address: 32 Rodney Street, Worcester, MA 01608*