# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 13 |
| | Case Number 22-40779-EDK |
| Richard Clinton Maenpaa | Honorable Elizabeth D. Katz |
| Debtor | |
| _____/ | |

## CERTIFICATE OF SERVICE

I, Shawn M. Masterson, Attorney of Orlans PC, do hereby certify that on January 19, 2023, I caused to be served a copy of Motion For Relief From The Automatic Stay on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: January 19, 2023

Respectfully Submitted,

*/s/ Shawn M. Masterson*
Jason J. Giguere, Esq. 667662
Shawn M. Masterson, Esq. 658276
Orlans PC
Attorneys for Santander Bank, N.A.
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 22-012930

VIA US MAIL

Richard Clinton Maenpaa
32 Rodney Street
Worcester, MA 01605

VIA ECF

Richard King Esq., Assistant U.S. Trustee

Denise M. Pappalardo, Esq., Chapter 13 Trustee