United States Bankruptcy Court
District of Massachusetts

| | |
|---|---|
| In re: | Case No. 22-40779-edk |
| Richard Clinton Maenpaa | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 15, 2023 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard Clinton Maenpaa, 32 Rodney St., Worcester, MA 01605-2822 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph H. Baldiga | jbaldiga@mirickoconnell.com  jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |
| Shawn M Masterson | on behalf of Creditor Santander Bank  N.A., formerly know as Sovereign Bank N.A., formerly know as Sovereign Bank bankruptcyNE@orlans.com, ANHSOrlans@InfoEX.com |
| Shawn M Masterson | on behalf of Creditor Santander Bank  N.A. bankruptcyNE@orlans.com, ANHSOrlans@InfoEX.com |

TOTAL: 4



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| *In re:* | |
|---|---|
| RICHARD CLINTON MAENPAA, | Ch. 7 |
| Debtor | 22-40779-EDK |

### Proceeding Memorandum and Order

**MATTER:**
#47 Motion of Santander Bank, NA for Relief from Stay (re: 32 Rodney Street, Worcester, MA)
#67 Opposition filed by Debor

**Decision set forth more fully as follows:**
RELIEF FROM THE AUTOMATIC STAY IS GRANTED FOR CAUSE UNDER 11 U.S.C. 362(d)(1); THE MOVANT HAS ESTABLISHED A COLORABLE CLAIM FOR POSSESSION OF THE PROPERTY, HAS BEEN
DEPRIVED OF POSSESSION OF THE PROPERTY, AND LACKS ADEQUATE PROTECTION OF ITS INTEREST. RELIEF IS ALSO GRANTED UNDER 11 U.S.C. 362(d)(2); THE DEBTOR DOES NOT HAVE EQUITY IN A MERE POSSESSORY INTEREST IN THE PROPERTY AND THERE IS NO REORGANIZATION IN A CASE UNDER CHAPTER 7. THE PROVISIONS OF FED. R. BANKR. P. 4001(a)(3) HAVE BEEN WAIVED.

Dated: 2/15/2023

By the Court,

*/s/ Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge