# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**RICHARD CLINTON MAENPAA,**<br><br>Debtor. | Chapter 7<br>Case No. 22-40779-EDK |

## CHAPTER 7 TRUSTEE'S MOTION TO DISMISS DEBTOR'S BANKRUPTCY CASE AND/OR AWARD ADMINISTRATIVE EXPENSES

To the Honorable Elizabeth D. Katz, Chief Judge, United States Bankruptcy Court:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Richard Clinton Maenpaa (the "Debtor"), and hereby moves this Court to (i) dismiss the Debtor's bankruptcy case because of the Debtor's failure to provide documentation and appear at the United States Bankruptcy Code § 341(a) meeting of creditors (the "§ 341(a) Meeting"), and/or (ii) award the Trustee his administrative expenses in this matter. In support hereof, the Trustee states as follows:

1. On October 28, 2022, the pro-se Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On January 19, 2023, this case was converted to one under Chapter 7 of the Bankruptcy Code.

3. On January 20, 2023, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this case and he continues to serve as such.

4. The Debtor's § 341(a) Meeting was scheduled for February 22, 2023.

5. On February 1, 2023, the trustee mailed a letter to the Debtor which included what documentation was to be provided prior to the § 341(a) Meeting and also other information regarding the § 341(a) Meeting, including the call-in information.

6. On February 1, 2023 an email was also sent to the Debtor including the same requests and information contained in the letter.

7. The Debtor did not respond and did not provide any of the requested documentation or information, did not call into the telephonic § 341(a) Meeting, and did not contact the Trustee.

8. The Trustee continued the § 341(a) Meeting to March 29, 2023 at 9 a.m.

9. The Trustee hereby requests that this case be dismissed. Alternatively, if the Debtor wishes to proceed with this case and it is not dismissed, the Trustee requests that he be awarded costs from the Debtor for administrative expenses of $500.00 for the aborted creditors' meeting, this motion, and any hearings on same.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

(a) Dismissing the Debtor's Chapter 7 case; or, alternatively

(b) Awarding the Trustee administrative expenses of $500.00; and

(c) Granting the Trustee such other and further relief as is just.

Respectfully submitted,

JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO# 549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 791-8500
Fax: (508) 791-8502
Dated: February 28, 2023          Email: bankrupt@mirickoconnell.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:** | |
| **RICHARD CLINTON MAENPAA,** | **Chapter 7**<br>**Case No. 22-40779-EDK** |
| **Debtor.** | |

## ORDER

Upon the Motion by the Chapter 7 Trustee to Dismiss Debtor's Bankruptcy Case and/or Award Administrative Expenses (the "Motion") dated February 28, 2023, and the Court finding that the notice given of the Motion is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Motion is ALLOWED; and

2. The Debtor's bankruptcy case is DISMISSED.


Dated: _____, 2023  Honorable Elizabeth D. Katz, Chief Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

RICHARD CLINTON MAENPAA,

    Debtor.

Chapter 7
Case No. 22-40779-EDK

## CERTIFICATE OF SERVICE

    I hereby certify that on February 28, 2023, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted:

**Chapter 7 Trustee's Motion to Dismiss
Debtor's Bankruptcy Case, with proposed order.**

Dated: February 28, 2023

/s/ Joseph H. Baldiga
Joseph H. Baldiga BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
Phone: (508) 791-8500
Fax: (508) 791-8502
Email: bankrupt@mirickoconnell.com

{Client Matter 15008/13901/A8212204.DOC}

# SERVICE LIST

**Richard Clinton Maenpaa, Debtor**
**Chapter 7, Case No. 22-40779-EDK**

| | | |
|---|---|---|
| Richard T. King, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090<br>(Taxing Authority) |
| Internal Revenue Service<br>Centralized Insolvency<br>Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Richard Clinton Maenpaa<br>32 Rodney Street<br>Worcester, MA 01605<br>(Pro-se Debtor) |
| Shawn Masterson, Esq.<br>Orlans PC<br>PO Box 540540<br>Waltham, MA 02454<br>(Counsel to Santander Bank, f/k/a Sovereign Bank, N.A./NOA)<br>**VIA ECF** | Eversource<br>247 Station Drive<br>Westwood, MA 02090<br>(Schedule F) | Spectrum<br>1600 Dublin Road<br>Columbus, OH 43215<br>(Schedule F) |
| National Grid<br>40 Sylvan Road<br>Waltham, MA 02451<br>(Schedule F) | National Grid<br>PO Box 371396<br>Pittsburgh, PA 15250-7396<br>(Matrix) | Verizon<br>PO Box 15124<br>Albany, NY 12212-5124<br>(Matrix) |
| Eversource<br>PO Box 56007<br>Boston, MA 02205-6007<br>(Matrix) | Spectrum<br>123 Summer Street #123<br>Worcester, MA 01608<br>(Matrix) | Ruth Adjarrey<br>35 Laurel Street<br>Worcester, MA 01608<br>(Schedule G) |